IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAYTONA WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 04-0510-P-L |
| ) | |
| TARGET CORPORATION, et al., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with this court's Order entered this date, it is ORDERED, ADJUDGED, and DECREED that the Complaint filed by plaintiff Daytona Williams against defendant Target Corporation, be and is hereby DISMISSED with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  No further costs to be taxed.

DONE this 19th day of September, 2005.

S/Virgil Pittman
SENIOR UNITED STATES DISTRICT JUDGE